IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LORING SPENCER JONES,
    Plaintiff,

vs.                         5:06cv252/MCR/MD

JOSE RUPLEE, et al.,
    Defendants.
_____

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on July 16, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     This case is dismissed without prejudice for plaintiff's failure to keep the court informed of his current address.

3.     The clerk is directed to close the file.

DONE AND ORDERED this 16th day of August, 2007.

*s/ M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE